**Order entered January 14, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01540-CV

### STEVEN V. TIPPS, Appellant

### V.

### PURPLE TREE, LLC, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04540-B**

## ORDER

Before the Court is appellant's January 9, 2019 motion for an extension of time to file a notice of appeal. We **GRANT** the motion. The notice of appeal filed with this Court on December 28, 2018 is deemed timely for jurisdictional purposes.

/s/     BILL WHITEHILL
JUSTICE